IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD LORCH and KAREN LORCH, | : |
|  *Plaintiffs*, | : |
| v. | : CIVIL ACTION |
|  | : No. 2:24-cv-00070 |
| STEVEN I. GROSS and GENEVIEVE GROSS, | : |
|  *Defendants*. | : |

## SUBSTITUTION OF COUNSEL

Kindly substitute the appearance of Leo M. Gibbons of MacElree Harvey, Ltd. in place of Jason A. Snyderman, John P. Wixted, and Ian J. Valocchi of Blank Rome LLP on behalf of Defendants, Steven I Gross and Genevieve Gross in the above-captioned case.

Respectfully submitted,

**Withdrawing Attorneys**

*s/ Jason A. Snyderman*
Jason A. Snyderman, Esq. (Pa. I.D. 80239)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 569-5555
jason.jnyderman@blankrome.com

*s/ John P. Wixted*
John P. Wixted, Esq. (Pa. I.D. 309044)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 569-5555
john.wixted@blankrome.com

*s/ Ian J. Valocchi*

**Superseding Attorney**

*/s/ Leo M. Gibbons*
Leo M. Gibbons, Esq.
Attorney ID No. 67267
17 West Miner Street
West Chester, PA 19382
Phone: (610) 840-0227
Fax: (610) 430-7885
Email: LGibbons@macelree.com

Ian J. Valocchi, Esq. (Pa. I.D. 330515)
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 569-5555
ian.valocchi@blankrome.com

Dated: July 2, 2024

## CERTIFICATE OF SERVICE

I, Leo M. Gibbons, hereby certify that on this date, a true and correct copy of the foregoing Substitution of Counsel was served upon all counsel of record via the Court's Electronic Filing System.

**MacELREE HARVEY, LTD.**

Date:   7/2/24

By:   /s/ Leo M. Gibbons
Leo M. Gibbons, Esquire
Attorney for Defendants