# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LORCH,** | : | |
| | : | 24-cv-00070-JMY |
| | : | |
| **v.** | : | |
| | : | |
| **GROSS,** | : | |
| | : | |

## ORDER

**AND NOW**, this 13th day of September 2024, upon consideration of the Motion to Dismiss filed by the Plaintiff, (ECF No. 30), and all documents filed in response, it is hereby **ORDERED** that Plaintiffs' Motion to Dismiss (ECF No. 30) is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**
